JUDGE DARRAH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE SCHENKIER

FILED
JN
FEB 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

MARIO MANUEL RODRIGUEZ-REYNA

08CR 0131

Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4)

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about March 26, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

MARIO MANUEL RODRIGUEZ-REYNA

defendant herein, an alien who previously had been deported and removed from the United States on or about June 11, 2004, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY