Minute Order Form (rev. 4/99)

# MAGISTRATE JUDGE SCHENKIER
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE DARRAH** | Sitting Judge if Other Than Assigned Judge | **Maria Valdez** |
|---|---|---|---|
| CASE NUMBER | 08 GJ 127 | DATE | FEBRUARY 14, 2008 |
| CASE TITLE | US v. MARIO MANUEL RODRIGUEZ-REYNA | | **08CR 0131** |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

Docket Entry:

**THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANT IN STATE CUSTODY.**

**RECEIVED**

FEB 14 2008

MICHAEL W. DOBBINS
CLERK, U S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

| | | | |
|---|---|---|---|
| ___ No notices required, advised in open court. | | | Number of notices |
| ___ No notices required. | | | Date docketed |
| ___ Notices mailed by judge's staff. | | | Docketing dpty. initials |
| ___ Notified counsel by telephone. | | | |
| ___ Docketing to mail notices | | | Date mailed notice |
| ___ Mail AO 450 form. | | | |
| ___ Copy to judge/magistrate judge. | | | Mailing dpty. initials |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

DOCKET#