UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 08 CR 131 |
| | ) | Judge | Darrah |
| | ) | Mag. Judge | Schenkier |
| MARIO MANUEL RODRIGUEZ-REYNA | ) | | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

| | |
|---|---|
| Name: | Mario Manuel Rodriguez-Reyna |
| Date of Birth: | 01/19/1978 |
| Sex: | Male |
| Race: | Hispanic |
| Prisoner No.: | K97627 |

has been and now is, in due form and process of law, detained in the following institution:

Hill Correctional Center
600 South Linwood Road
Galesburg, Il 61402

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with a violation of Title 8, United States Code, Sections 1346(a) and (b)(2), and is now wanted in such division and district on March 11, 2008 at 9:30 a.m., for arraignment before the Honorable Judge Schenkier, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, Courtroom 1700.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | Hill Correctional Center |
| Chicago, Illinois | Galesburg, Il 61402 |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that MARIO MANUEL RODRIGUEZ-REYNA shall be remanded to the Metropolitan Correctional Center, 71 West Van Buren, Chicago, IL 60605, or such other institution as directed by the United States Bureau of Prisons, pending the further adjudication of the charges against him. For the Court's convenience a proposed order and writ are attached to this petition.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Stephen P. Baker
STEPHEN P. BAKER
Assistant U. S. Attorney
219 S. Dearborn, Suite 500
Chicago, Illinois 60604
(312) 353-1598

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the United States' Petition for a Writ of Habeas Corpus ad Prosequendum was filed pursuant to the district court's ECF system, and served on the defendant at Hill Correctional Center in Galesburg, IL, on February 19, 2008.

By: s/Stephen P. Baker
STEPHEN P. BAKER
Assistant U. S. Attorney
219 S. Dearborn, Suite 500
Chicago, Illinois 60604
(312) 353-1598