UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 08 CR 131 |
| | ) | Judge | Darrah |
| | ) | Mag. Judge | Schenkier |
| MARIO MANUEL RODRIGUEZ-REYNA | ) | | |

O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

| | |
|---|---|
| Name: | Mario Manuel Rodriguez-Reyna |
| Date of Birth: | 01/19/1978 |
| Sex: | Male |
| Race: | Hispanic |
| Prisoner No.: | K97627 |

has been and now is, in due process of law, incarcerated in the following institution:

Hill Correctional Center
600 South Linwood Road
Galesburg, Il 61402

and that said defendant is charged in the above-captioned case with a violation of Title 8, United States Code, Sections 1346(a) and (b)(2), and that said defendant should appear in this case in the United States District Courthouse, 219 S. Dearborn, Chicago, Illinois, on March 11, 2008 at 9:30 a.m., for arraignment before the Honorable Judge Schenkier, United States District Judge, Courtroom 1700.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | Hill Correctional Center |
| Chicago, Illinois | Galesburg, Il 61402 |

bring or cause to be brought before this Court, at said time on said date, in the United States Court

House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

                E N T E R:

                _____
                Hon. Sidney I. Schenkier
                United States Magistrate Judge

DATED at Chicago, Illinois
this _____ day of

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 131 |
| | ) | Judge Darrah |
| | ) | Mag. Judge Schenkier |
| MARIO MANUEL RODRIGUEZ-REYNA | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:   UNITED STATES MARSHAL          WARDEN
      Northern District of Illinois          Hill Correctional Center
      Chicago, Illinois                          Galesburg, Il 61402

WE COMMAND YOU that you do, on **March 11, 2008 at 9:30 a.m.**, bring or cause to be brought before the Hon. Judge Schenkier, United States Magistrate Judge for the Northern District of Illinois, Eastern Division, in the United States Court House, Chicago, Illinois, the body of:

　　　　　Name:              Mario Manuel Rodriguez-Reyna
　　　　　Date of Birth:    01/19/1978
　　　　　Sex:                 Male
　　　　　Race:               Hispanic
　　　　　Prisoner No.:    K97627

who has been and now is, in due form and process of law, incarcerated in the following institution:

　　　　　Hill Correctional Center
　　　　　600 South Linwood Road
　　　　　Galesburg, Il 61402

and who is wanted for status hearing before this Court on said date and at said time.

AND FURTHER, that at the termination of the proceedings before this Court, that you remand said prisoner forthwith to the custody of the U.S. Marshal and the U.S. Bureau of Prisons, Metropolitan Correctional Center, 71 W. Van Buren, Chicago, Illinois or such other institution

designated by the Marshal, under safe and secure conduct.

AND HAVE YOU THEN AND THERE THIS WRIT.

To the Marshal of the Northern District of Illinois to execute.

        WITNESS:    The Honorable Judge Schenkier
                               United States Magistrate Judge
                               for the Northern District of
                               Illinois, Eastern Division, this ___
                               day of February, 2008


                               ___MICHAEL W. DOBBINS___
                               C L E R K



                               D E P U T Y

AUSA Stephen P. Baker
(312) 353-1598