# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 131 - 1 | **DATE** | 2/20/2008 |
| **CASE TITLE** | United States of America vs. Mario Manuel Rodriquez-Reyna | | |

**DOCKET ENTRY TEXT**

Petition for writ of Habeas Corpus Ad Prosequendum is granted. Enter Writ of Habeas Corpus Ad Prosequendum. Enter order directing the Warden of Hill Correctional Center to deliver Mario Manuel Rodriquez-Reyna into the custody of the United States Marshal for appearance before this Court on 3/11/08 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writs Issued
FEB 21 2008

| | Courtroom Deputy Initials: | mm |
|---|---|---|