UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.       08 CR 131 |
| | ) | Judge    Darrah |
| | ) | Mag. Judge  Schenkier |
| MARIO MANUEL RODRIGUEZ-REYNA | ) | |

### O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:
Date of Birth:
Sex:
Race:
Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

Hill Correctional Center
600 South Linwood Road
Galesburg, Il 61402

and that said defendant is charged in the above-captioned case with a violation of Title 8, United States Code, Sections 1346(a) and (b)(2), and that said defendant should appear in this case in the United States District Courthouse, 219 S. Dearborn, Chicago, Illinois, on March 11, 2008 at 9:30 a.m., for arraignment before the Honorable Judge Schenkier, United States District Judge, Courtroom 1700.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL         WARDEN
Northern District of Illinois              Hill Correctional Center
Chicago, Illinois                              Galesburg, Il 61402

bring or cause to be brought before this Court, at said time on said date, in the United States Court

House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
Hon. Sidney I. Schenkier
United States Magistrate Judge

DATED at Chicago, Illinois
this 20th day of FEBRUARY, 2008