## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08  CR 131 | **DATE** | March 11, 2008 |
| **CASE TITLE** | USA  vs.  MARIO MANUEL RODRIGUEZ-REYNA | | |

**DOCKET ENTRY TEXT:**

Arraignment  held.   Defendant enters plea of not guilty.  16.1 conference to be held by 3/18/2008.  Pretrial motions are to be filed by 3/25/2008. Response is to be filed by 4/1/2008.  Reply is due 4/8/2008.   Ruling on the motions is set for 4/16/2008 at 9:45am before Judge Darrah.   The government's oral motion to remand defendant to the custody of the U.S. Marshal pending disposition of the case is granted.  Enter excludable delay for the period of 3/11/2008  through 4/16/2008 pursuant to 18 U.S.C. §3161(h)(1).  X-E

No notices required, advised in open court.

| | Courtroom Deputy Initials: | JS |
|---|---|---|