MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                             Case Number:

USA v. Rodriguez Reyna                                       08 CR 131

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT

FILED
3-11-2008
MAR 11 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | KEITH SCHERER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Keith Scherer |
| FIRM | Law Office of Keith J. Scherer |
| STREET ADDRESS | 6585 N. Nordale Ave. |
| CITY/STATE/ZIP | Chicago  IL  60631 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6257838 | TELEPHONE NUMBER (773) 774-6741 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ | |