# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 131 - 1 | **DATE** | 4/16/2008 |
| **CASE TITLE** | USA vs. Mario Manuel Rodriguez - Reyna | | |

**DOCKET ENTRY TEXT**

Status hearing held. No pretrial motions have been filed. Jury trial set for 5/19/08 at 9:00 a.m. In the interests of justice, time is ordered excluded to 5/19/08 pursuant to 183161(h)(8)(A)(B). (x-t).

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|