# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 131 - 1 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Mario Manuel Rodriguez - Reyna | | |

**DOCKET ENTRY TEXT**

Change of plea hearing set for 5/14/08 is re-set to 5/21/08 at 10:00 a.m. Jury trial set for 5/19/08 is vacated. In the interests of justice, time is ordered excluded to 5/21/08 pursuant to 183161(h)(8)(A)(B). (x-t).

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|