## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 131 - 1 | **DATE** | 5/21/2008 |
| **CASE TITLE** | USA vs. Mario Manuel Rodriguez - Reyna | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws his plea of not guilty and enters a plea of guilty to count one of the indictment. Judgment of guilty entered. Blind Plea. No Plea Agreement. Cause is referred to the probation office for a presentence investigation report. Sentencing for 8/26/08 at 9:45 a.m.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | MF |
|---|---|---|