IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 08 CR 131 |
| MARIO MANUEL RODRIGUEZ-REYNA, | ) The Honorable John Darrah |
| Defendants. | ) |

**DEFENDANT MARIO MANUEL RODRIGUEZ-REYNA'S EMERGENCY
MOTION TO CONTINUE THE TRIAL IN THIS MATTER**

Defendant, MARIO MANUEL RODRIGUEZ-REYNA, by his attorney, Keith J. Scherer, respectfully moves this Court for an Order changing the sentencing date from August 26, 2008. In support thereof, Defendant states as follows:

1. The defendant in this matter plead guilty to the indictment in this matter on May 21, 2008.

2. This matter is currently set for sentencing on August 26, 2008.

3. Counsel for Defendant is set to go to trial before Judge Gettleman on Tuesday, August 26, 2008 in the case of *U.S. v. Greg Toran*, 07 CR 144.

4. This motion is made with good cause and is not made to delay the case other than for the reasons set forth in this motion.

1

2

      WHEREFORE, Defendant, MARIO MANUEL RODRIGUEZ-REYNA respectfully moves this Court for an Order changing the sentencing date from August 26, 2008.

                                      Respectfully submitted,

                                      By: s/Keith Scherer

Keith Scherer
6585 North Avondale
Chicago, Illinois 60631
773-774-6741