IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 CR 131 |
| | ) |
| MARIO MANUEL RODRIGUEZ-REYNA, | ) The Honorable John Darrah |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF EMERGENCY MOTION

To:   Mr. Stephen Baker
      Assistant U.S. Attorney
      219 South Dearborn
      5th Floor
      Chicago, Illinois 60604

   PLEASE take notice that on Thursday, August 21, 2008 at 9:30 a.m. I will present the attached **EMERGENCY MOTION** before the Honorable John Darrah in courtroom 1203 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

By: s/Keith Scherer

## PROOF OF SERVICE

   I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list via e-mail on August 20, 2008.

By: s/Keith Scherer

Keith Scherer
6585 North Avondale
Chicago, Illinois 60631
773-774-6741