## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 131 - 1 | **DATE** | 8/21/2008 |
| **CASE TITLE** | USA vs. Mario Manuel Rodriguez Reyna | | |

**DOCKET ENTRY TEXT**

Defendant's motion to continue the sentencing is granted [15]. Sentencing set for 8/26/08 is re-set to 9/25/08 at 1:00 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|